IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

EMORY HARRIS,
    Defendant.

CRIMINAL FILE NO.
1:16-CR-271-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 8]. No objections to the Report and Recommendation have been filed. For all of the reasons set forth in the Government's Response, the motion should be denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 8] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 5 day of March, 2018.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge